IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOCORRO MAYA,<br>#R33278,<br><br>      Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>LOUIS SHICKER,<br>JOHN BALDWIN,<br>KIMBERLY BUTLER,<br>JACQUELINE LASHBROOK,<br>JOHN TROST,<br>HECTOR GARCIA,<br>STEPHEN RITZ, and<br>REBECCA EINWOHNER,<br><br>      Defendants. | Case No. 17-cv-00546-NJR |

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC,* 940 F.3d 922 (7th Cir. 2019), the Court issues the following preliminary injunctive relief:

The Court **ORDERS** Defendants to facilitate a referral to a *board certified surgeon whose practice regularly involves the evaluation and treatment of umbilical hernias*. The referral shall be made as soon as practicable, and the evaluation completed on or before **March 30, 2020.** Defendants are further **ORDERED** to file a written notice, attaching all relevant medical records and documentation, within **fourteen (14) days** after Maya's appointment with the specialist, advising the Court of: (1) the results of the examination; (2) the recommended treatment plan; and (3) all steps taken to implement the plan for treatment of Maya's umbilical hernia.

    IT IS SO ORDERED.

    DATED: March 2, 2020

                                          */s/ Nancy J. Rosenstengel*
                                          _____
                                          **NANCY J. ROSENSTENGEL**
                                          Chief U.S. District Judge